FILED February 13 2019
ANGIE SPARKS CLERK OF DISTRICT COURT
BY R Sur Deputy

FILED
MAR 10 2019
Clerk, U.S. District Court
District Of Montana
Helena

INDEXED

# MONTANA FIRST JUDICIAL DISTRICT COURT
# LEWIS & CLARK COUNTY

| | |
|---|---|
| SANDY JACKE,<br><br>Plaintiff,<br><br>vs.<br><br>DEPUY ORTHOPAEDICS, INC.; DEPUY INC.; DEPUY INTERNATIONAL LIMITED; JOHNSON & JOHNSON; JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON INTERNATIONAL; and DOES 1-10,<br><br>Defendants. | Honorable Judge James P. Reynolds<br><br>Cause No. DDV-2016-352<br>CV-19-20-H-CCL<br><br>ORDER RE: PLAINTIFF'S MOTION TO AMEND |

Plaintiff has moved the Court to amend her Complaint, and to allow issuance of amended summonses corresponding to the amended Complaint. It has been less than three years since the original Complaint was filed, the original Complaint has not been served on any defendant, and no responsive pleading has been served on Plaintiff. Accordingly, pursuant to Rules 15(a), 4(t) and 4(q), M.R.Civ.P., IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED; the First Amended Complaint is deemed filed as of the date of this Order. IT IS FURTHER ORDERED that Plaintiff's request to issue amended summonses for the named defendants to reflect and correspond to the First Amended Complaint is GRANTED.

The Clerk shall be notified of the making of this Order.

DATED this 12 day of Feb, 2019.

_____
DISTRICT COURT JUDGE

c: Clerk of the District Court
James P. Carey
Micheal F. Lamb

COMPLAINT AND DEMAND FOR JURY TRIAL                          Page 2